UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| HIROYUKI TAKEUCHI,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.,<br><br>Defendant. | Case No. SACV 15-1201 AG (ASx)<br><br>**FINAL JUDGMENT** |

The Court now enters Judgment in favor of Defendant Citimortgage, Inc. against Plaintiff Hiroyuki Takeuchi.

Dated: October 29, 2015

                                          Hon. Andrew J. Guilford
                                          United States District Judge